PETER B. CARLISLE  2209
Prosecuting Attorney
JEAN M. IRETON  3377
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    527-6588
FAX:  527-6546
Attorneys for State of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2007

at ___3___ o'clock and ___min___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00366-ACK |
| | ) | |
| Plaintiff, | ) | SECOND APPLICATION REGARDING |
| | ) | TEMPORARY TRANSFER OF |
| v. | ) | CUSTODY TO THE STATE OF HAWAII |
| | ) | REGARDING WRIT OF HABEAS |
| REINIER L. A. KRAAN, | ) | CORPUS AD PROSEQUENDUM; |
| also known as Reiner L. Kraan, | ) | EXHIBITS "A AND B" |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

SECOND APPLICATION REGARDING TEMPORARY
TRANSFER OF CUSTODY TO THE STATE OF HAWAII
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Jean M. Ireton, Deputy Prosecuting Attorney for the City and County of Honolulu, State of

Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the

physical custody of REINIER L. A. KRAAN, also known as Reiner L. Kraan from the United States

Marshal Service, District of Hawaii, to State of Hawaii Officials from time to time and as needed

until the conclusion of State of Hawaii v. Reiner L. Kraan, Criminal No. 97-0878.

Defendant REINIER L. A. KRAAN, also known as Reiner L. Kraan, is now detained in the custody of the United States Marshal Service, District of Hawaii, serving a 168 month federal term of imprisonment.

Defendant REINIER L. A. KRAAN, also known as Reiner L. Kraan has a hearing for Resentencing before the Honorable Derrick H. M. Chan, Judge of the Circuit Court of the First Circuit, State of Hawaii, currently scheduled for March 7, 2007, 8:30 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter. (See, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of REINIER L. A. KRAAN, also known as Reiner L. Kraan, from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Second Writ of Habeas Corpus ad Prosequendum filed on Februray 28, 2007, in the Circuit Court of the First Circuit, State of Hawaii (see, Exhibit "B").

Upon conclusion of State of Hawaii v. Reiner L. Kraan, Criminal No. 97-0878, Defendant REINIER L. A. KRAAN, also known as Reiner L. Kraan, will be returned to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii: February 28, 2007.

>STATE OF HAWAII
>
> By PETER B. CARLISLE
>   Prosecuting Attorney
>
> By _/s/ Jean M. Ireton_
>   JEAN M. IRETON
>   Deputy Prosecuting Attorney
>   City and County of Honolulu