5412958  Case 1:03-cr-00366-ACK   Document 34-2   Filed 02/28/2007   Page 1 of 1
US ATTORNEYS OFFIC                                      11:46:12 a.m.  02-28-2007    1/1
FEB-28-2007 WED 07:29 AM PROSECUTING ATTORNEY     FAX NO. 808 527 6552          P. 02

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

DOUGLAS S. CHIN
FIRST DEPUTY PROSECUTING ATTORNEY

February 27, 2007

Michael Kawahara,
 Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

RE: State of Hawaii v. Reiner L. Kraan
    Criminal No. 97-0878

Dear Mr. Kawahara:

I understand the above-named individual is currently in the custody of the federal government serving his federal sentence. The State of Hawaii has a case involving the same individual and would like your approval to take custody of this person commencing on March 7, 2007. The individual will later be returned to the U. S. Marshal Service, District of Hawaii, on a mutually agreed upon date.

Please sign below if you agree to this request and FAX a copy of this letter to **Rene Lee**, FAX no. 550-6517. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

Thank you for your cooperation in this matter. If you have any questions, please call me at 527-6588 or Rene Lee at 547-7473.

Very truly yours,

Jean M. Ireton
Deputy Prosecuting Attorney

APPROVED:

Michael Kawahara
Assistant United States Attorney

EXHIBIT "A"