PETER B. CARLISLE  2209
Prosecuting Attorney
JEAN M. IRETON  3377
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:     527-6588
FAX:   527-6546
Attorneys for State of Hawaii

ORIGINAL

LODGED
FEB 28 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 02 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00366-ACK |
| | ) | |
| Plaintiff, | ) | SECOND ORDER GRANTING |
| | ) | TEMPORARY TRANSFER OF |
| v. | ) | CUSTODY TO THE STATE OF HAWAII |
| | ) | REGARDING WRIT OF HABEAS |
| REINIER L. A. KRAAN, | ) | CORPUS AD PROSEQUENDUM |
| also known as Reiner L. Kraan, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

SECOND ORDER GRANTING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Second Application for Temporary Custody to the State of

Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii,

temporarily transfer from time to time and as needed the physical custody of Defendant REINIER L.

A. KRAAN, also known as Reiner L. Kraan, to State of Hawaii Officials, until the conclusion of

State of Hawaii v. REINIER L. A. KRAAN, also known as Reiner L. Kraan, Criminal No. 97-0878.

Upon the conclusion of the case, State of Hawaii Officials are to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated: 3/01/07 at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. REINIER L. A. KRAAN,
also known as Reiner L. Kraan
Cr. No. 03-00366-SOM
Second Order Granting Temporary Transfer
of Custody to the State of Hawaii Regarding
Second Writ of Habeas Corpus Ad Prosequendum